IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                      Criminal No. 6:06CR60019-001

GERALD WAYNE BREWER,
    Defendant.

### FINAL ORDER OF FORFEITURE

On August 6, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253; and Federal Rules of Criminal Procedure, Rule 32.2(b), based upon the defendant's guilty plea to Count One of the Indictment.

On September 11, 18, and 25, 2007, the United States published in the Sentinel-Record, a newspaper of general circulation in the county in which the defendant property was found, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law. The notice further notified all third parties of their rights to petition the Court within thirty (30) days of the publication for a hearing to adjudicate the validity of their alleged legal interest in the properties subject to forfeiture.

More than thirty (30) days have passed since the final publications and no third party petitions have been filed.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea, the factual basis presented to the Court, the agreement of the parties, and the reasons stated at bar, the Court finds that the personal property described as:

Premium Multimedia Computer, Model EZ4000, Serial Number 200109018, containing a Samsung hard drive, Serial Number 0191J1FN614757

is hereby forfeited to the United States of America, and shall be disposed of according to law.

IT IS SO ORDERED this 31st ~~26th~~ day of October, 2007.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 3 1 2007

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK